**WHEELER SHIPYARD, Inc., and Utica Mutual Insurance Company, Appellant, v. Samuel S. LOWE, etc., Appellee.**

No. 326.

Circuit Court of Appeals, Second Circuit.

April 6, 1936.

MacIntyre, McNally & Downey, of New York City (Francis J. MacIntyre and Warren C. Tucker, both of New York City, on the brief), for appellant.

*Writ of certiorari denied 56 S. Ct. 957, 80 L. Ed. —.

Leo J. Hickey, U. S. Atty. (Clarence Wilson and Vine H. Smith, Asst. U. S. Attys., both of Brooklyn, N. Y., of counsel), for appellee.

Before L. HAND, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.

Decree (13 F.Supp. 863) affirmed.